Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROOSEVELT HOTEL, LLC d/b/a THE HOLLYWOOD ROOSEVELT, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No.: 2:22-cv-00888-JAM-KJN<br><br>Hon. Judge John A. Mendez<br>Courtroom 6, 14th floor<br><br>**NOTICE OF DISMISSAL**<br><br>Complaint Filed: May 25, 2022<br>Trial Date: None |

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

3  Plaintiff Daniel Cervantes ("Plaintiff") requests that this Court enter a dismissal with prejudice

4  as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent

5  putative class members in the above-entitled action. Each party shall bear her or its own fees and

6  costs.

8  Dated: September 12, 2022                           Respectfully Submitted,

10                                              */s/ Binyamin I. Manoucheri*
11                                              Binyamin I. Manoucheri
                                               **WILSHIRE LAW FIRM**
12                                              *Attorneys for Plaintiff and Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1
NOTICE OF DISMISSAL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 12, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: September 12, 2022   */s/ Binyamin I. Manoucheri*
   Binyamin I. Manoucheri